1  RICHARD H. RAHM, Bar No. 130728
   MATTHEW E. FARMER, Bar No. 190484
2  ELISABETH F. TIETJEN, Bar No. 258704
   LITTLER MENDELSON, P.C.
3  5200 North Palm Avenue
   Suite 302
4  Fresno, CA  93704.2225
   Telephone:   559.244.7500
5  Facsimile:   559.244.7525

6  Attorneys for Defendant
   RUAN TRANSPORT CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | FRANK LIMA, as an individual and as | Case No.  1:13-CV-00913-AWI-SAB
   | Class Representative,              |
12 |                                    | **STIPULATION AND ORDER TO
   |           Plaintiff,               | CONTINUE MANDATORY SCHEDULING
13 |                                    | CONFERENCE AND FILING DEADLINE
   | v.                                 | FOR JOINT SCHEDULING
14 |                                    | CONFERENCE STATEMENT**
   | RUAN TRANSPORT CORPORATION         |
15 | and DOES 1-50, inclusive,          |
   |                                    |
16 |           Defendants.              |

17

18         COME NOW the parties to the instant proceeding and hereby stipulate, through their

19 counsel, that the Mandatory Scheduling Conference, currently set for Monday, August 20, 2013, at

20 9:15 a.m. at 2500 Tulare Street, Fresno, California 93721, in the Courtroom of United States

21 Magistrate Judge Stanley A. Boone, Fresno, California, can and should be continued to Monday,

22 October 8, 2013, at 9:15 a.m. at the same place.  The parties further stipulate that the Joint

23 Scheduling Report will be filed with the Court no later than October 1, 2013.

24

25

26

27

28

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

CAPTION (NO. ) 1:13-CV-00913-AWI-SAB

STIPULATION AND [PROPOSED]
ORDER TO CONTINUE MANDATORY
SCHEDULING CONFERENCE

Dated: August 7, 2013         LAW OFFICES OF WAGNER & JONES LLP

By: /s/ ANDREW B. JONES
    NICHOLAS J.P. WAGNER
    ANDREW B. JONES
    DANIEL KOPFMAN
    LAWRENCE M. ARTENIAN
    PAUL C. MULLEN
    Attorneys for Plaintiff FRANK LIMA

Dated: August 7, 2013         LITTLER MENDELSON, P.C.

By: /s/ ELISABETH F. TIETJEN
    RICHARD H. RAHM
    MATTHEW E. FARMER
    ELISABETH F. TIETJEN
    Attorneys for Defendant
    RUAN TRANSPORT CORPORATION

## **ORDER**

The preceding stipulation having been reviewed and approved by the Court,

IT IS ORDERED that the Joint Scheduling Conference currently set for August 20, 2013, be continued to October 8, 2013, at 9:15 a.m.

IT IS FURTHER ORDERED that the Joint Scheduling Report be filed with this Court no later than October 1, 2013.

IT IS SO ORDERED.

Dated: **August 8, 2013**

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

CAPTION (NO. )        2.        STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE