RICHARD H. RAHM, Bar No. 130728
MATTHEW E. FARMER, Bar No. 190484
ELISABETH F. TIETJEN, Bar No. 258704
LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
Telephone:   559.244.7500
Facsimile:    559.244.7525

Attorneys for Defendant
RUAN TRANSPORT CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LIMA, as an individual and as Class Representative,<br><br>Plaintiff,<br><br>v.<br><br>RUAN TRANSPORT CORPORATION and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  1:13-CV-00913-AWI-SAB<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND FILING DEADLINE FOR JOINT SCHEDULING CONFERENCE STATEMENT** |

COME NOW the parties to the instant proceeding and hereby stipulate, through their counsel, that the Mandatory Scheduling Conference, currently set for Monday, August 20, 2013, at 9:15 a.m. at 2500 Tulare Street, Fresno, California 93721, in the Courtroom of United States Magistrate Judge Stanley A. Boone, Fresno, California, can and should be continued to Monday, October 8, 2013, at 9:15 a.m. at the same place. The parties further stipulate that the Joint Scheduling Report will be filed with the Court no later than October 1, 2013.

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

CAPTION (NO. ) 1:13-CV-00913-AWI-SAB

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE

| | |
|---|---|
| Dated: August 7, 2013 | LAW OFFICES OF WAGNER & JONES LLP |

By: /s/ ANDREW B. JONES
  NICHOLAS J.P. WAGNER
  ANDREW B. JONES
  DANIEL KOPFMAN
  LAWRENCE M. ARTENIAN
  PAUL C. MULLEN
  Attorneys for Plaintiff FRANK LIMA

Dated: August 7, 2013                              LITTLER MENDELSON, P.C.

By: /s/ ELISABETH F. TIETJEN
  RICHARD H. RAHM
  MATTHEW E. FARMER
  ELISABETH F. TIETJEN
  Attorneys for Defendant
  RUAN TRANSPORT CORPORATION

## **ORDER**

The preceding stipulation having been reviewed and approved by the Court,

IT IS ORDERED that the Joint Scheduling Conference currently set for August 20, 2013, be continued to October 8, 2013, at 9:15 a.m.

IT IS FURTHER ORDERED that the Joint Scheduling Report be filed with this Court no later than October 1, 2013.

IT IS SO ORDERED.

Dated: **August 8, 2013**

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

CAPTION (NO. )          2.          STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE