UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| FRANK LIMA, | Case No. 1:13-cv-00913 AWI SAB |
| Plaintiff, | Mag. Judge: Hon. Stanley A. Boone |
| vs, | CLASS ACTION |
| RUAN TRANSPORT CORPORATION, and DOES 1-50 inclusive, | **ORDER ON STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |
| Defendants | |

Pursuant to the stipulation of the parties, the Scheduling Conference set for October 8, 2013 is HEREBY CONTINUED to December 10, 2013, at 2:00 p.m in Courtroom 9.  A Joint Scheduling Report shall be filed electronically filed in CM/ECF one (1) full week prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated:   **September 24, 2013**

_____
UNITED STATES MAGISTRATE JUDGE