UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| FRANK LIMA,<br><br>             Plaintiff,<br><br>     vs,<br><br>RUAN TRANSPORT CORPORATION, and DOES 1-50 inclusive,<br><br>             Defendants | Case No. 1:13-cv-00913 AWI SAB<br><br>Mag. Judge: Hon. Stanley A. Boone<br><br>CLASS ACTION<br><br>**ORDER ON STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

Pursuant to the stipulation of the parties, the Scheduling Conference set for October 8, 2013 is HEREBY CONTINUED to December 10, 2013, at 2:00 p.m in Courtroom 9. A Joint Scheduling Report shall be filed electronically filed in CM/ECF one (1) full week prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated:  **September 24, 2013**                    _____

UNITED STATES MAGISTRATE JUDGE