1 | WAGNER, JONES, KOPFMAN, & ARTENIAN
2 | Nicholas J.P. Wagner, SBN 109455
    Andrew B. Jones, SBN 076915
3 | Daniel M. Kopfman, SBN 192191
    Lawrence M. Artenian, SBN 103367
4 | Paul C. Mullen, SBN 216447
    1111 E. Herndon, Ste. 317
5 | Fresno, CA 93720
    559/449-1800; 559/449-0749 Fax
6 |
7 | Attorneys for Plaintiff, FRANK LIMA

FILED
DEC 17, 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRANK LIMA, as an individual and as Class Representative,

　　　　Plaintiffs,

vs.

RUAN TRANSPORT CORPORATION and DOES 1-50, inclusive,

　　　　Defendants.

) Case No.: 1:13-CV-00913-AWI-SAB
)
)
) **NOTICE OF DISMISSAL WITHOUT**
) **PREJUDICE OF F.R.C.P §41(a)**
)
)
)
)
)
)
)

Plaintiff Frank Lima, through his designated counsel, hereby dismisses his claims against Defendant, RUAN TRANSPORT CORPORATION in the above-captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

Dated: December 17, 2013

WAGNER & JONES LLP

/s/ _____
Daniel M. Kopfman
Attorney for Plaintiffs

It is so Ordered. Dated: 12-18-13

_____
United States District Judge

NTC OF DISMISSAL 1216-13

NOTICE OF DISMISSAL